[No. 29268-1-III.   Division Three.   May 23, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. DUNCAN JOSEPH McNEIL, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-01357-1, Maryann C. Moreno, J., entered July 22, 2010. *Reversed* and *remanded with instructions* by unpublished opinion per Brown, J., concurred in by Kulik, J., and Antosz, J. Pro Tem.

[No. 29545-1-III.   Division Three.   May 23, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY LUCIOUS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 09-1-02931-9, Annette S. Plese, J., entered December 3, 2010. *Affirmed* by unpublished opinion per Korsmo, C.J., concurred in by Brown and Siddoway, JJ.

[No. 30059-5-III.   Division Three.   May 23, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD PAYNE PROMINSKI, *Appellant*.

Appeal from a judgment of the Superior Court for Klickitat County, No. 10-1-00089-7, Brian P. Altman, J., entered June 20, 2011. *Affirmed* by unpublished opinion per Brown, J., concurred in by Korsmo, C.J., and Siddoway, J.